NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC GARCIA, DOC #R65068,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-2473
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____ )

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Loren D. Rhoton of Loren Rhoton, P.A.,
Tampa, for Appellant.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.